# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN ANTHONY VEGA** | : | |
| | : | **CIVIL ACTION** |
| v. | : | No. 22-5265 |
| | : | |
| **DAVID CLOSE, et al.** | : | |

## ORDER

This 9th day of January, 2025, upon careful and independent consideration of Petitioner John Anthony Vega's pro se Petition under 28 U.S.C. § 2254 for a Writ of Habeas Corpus by a Person in State Custody, and after review of the well-reasoned Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski dated September 30, 2024, to which no objections have been filed,[1] it is **ORDERED:**

1. The September 30, 2024 Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski (ECF 22) is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus filed by John Anthony Vega pursuant to 28 U.S.C. § 2254 is **DISMISSED**;

3. There is no probable cause for the issuance of a certificate of appealability; and

4. The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

      /s/ Gerald Austin McHugh
United States District Judge

---

[1] The Report and Recommendation was sent to all parties of record on October 1, 2024, together with a Notice from the Clerk of Court advising the parties of their obligation to file any objections within 14 days after service of the Notice. *See* Local R. Civ. P. 72.1 IV(b) ("Any party may object to a magistrate judge's proposed findings, recommendations or report under 28 U.S.C. § 636(b)(1)(B)...within fourteen (14) days after being served with a copy thereof."). No objections have been filed to date.